**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6284**

---

BUSTER A. YANCEY, JR.,

Plaintiff - Appellant,

versus

BUREAU OF PRISONS; UNITED STATES PAROLE COM-
MISSION; TROY HOUSE; CAVALE COURT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-97-125-5-F(3))

---

Submitted: November 19, 1998      Decided: December 1, 1998

---

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Buster A. Yancey, Jr., Appellant Pro Se. Robert Edward Skiver,
Assistant United States Attorney, Raleigh, North Carolina; Larry D.
Hall, Durham, North Carolina; Robert Daniel Boyce, Raleigh, North
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Buster A. Yancey, Jr., appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Yancey v. Bureau of Prisons</u>, No. CA-97-125-5-F(3) (E.D.N.C. Jan. 9, 1998). We deny Yancey's motion for a default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2